# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Jordan, Kent A. | 2. Court or Organization  Third Circuit Court of Appeals | 3. Date of Report  05/11/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

844 N. King Street
Unit 10
Wilmington, DE 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member and Secretary | American Inns of Court |
| 2. | Board Member | Ministry of Caring |
| 3. | Board Member | Sacred Heart Village |
| 4. | Board Member | Sedona Conference Judicial Advisory Board |
| 5. | Board Member | Federal Judicial Center |
| 6. | Adjunct Professor of Law | University of Pennsylvania School of Law |
| 7. | Adjunct Professor of Law | Vanderbilt University Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Vanderbilt University - teaching | $17,765.00 |
| 2. 2017 | University of Pennsylvania Law School - teaching | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Webster Dermatology - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt University | 1/23--28/17 | Nashville, TN | teaching | transportation, food and lodging |
| 2. | Fordham University | 4/2/17 | New York, NY | judge moot court | transportation, food and lodging |
| 3. | American Inns of Court | 5/19-20/17 | Atlanta, GA | Spring Board meeting | transportation, food and lodging |
| 4. | Vanderbilt University | 10/1-8/17 | Nashville, TN | teaching | transportation, food and lodging |
| 5. | American Inns of Court | 10/20-21/17 | Washington, DC | Fall board meeting | transportation, food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Intellectual Property Office of Singapore, Ministry of Law in Singapore to the Judiciary | travel, food and lodging for speaking at IP Week @ Singapore 2017 | $10,828.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Bank Sweep Account (X) | A | Interest | J | T | | | | | |
| 2. Schwab U.S. Small Cap | A | Dividend | J | T | | | | | |
| 3. Schwab U.S. Broad Market | A | Dividend | | | Sold | 12/01/17 | K | D | |
| 4. DFA Investment Grade Port Ins | A | Dividend | K | T | Buy | 12/01/17 | K | | |
| 5. DFA US Core Eqty 1 Port | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 6. Schwab U.S. Broad Market | A | Dividend | J | T | Sold (part) | 05/04/17 | J | B | |
| 7. DFA Int'l Value Port | A | Dividend | J | T | Buy | 05/04/17 | J | | |
| 8. Metropolitan West Total Return Bond M: MWTRX | A | Dividend | | | Sold | 10/23/17 | J | | |
| 9. Vanguard Health Care FD Investors Shares: VGHCX0 | A | Dividend | | | Sold | 09/25/17 | J | | |
| 10. Pimco Incm | A | Dividend | K | T | Buy | 10/20/17 | K | | |
| 11. SPDR S&P 500 ETF | A | Dividend | J | T | | | | | |
| 12. Capital One - Accounts | A | Interest | M | T | | | | | |
| 13. TD Bank - Account | A | Interest | J | T | | | | | |
| 14. Essential LLC | F | Interest | | | Matured | 12/31/17 | L | | |
| 15. IRA #1 -Equity Trust (H) | | | | | | | | | |
| 16. Land Solutions Prtnrs East Meadows LLC | A | Interest | M | U | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Line 1 -- Schwab Bank Deposit Account changed its name to Schwab Bank Sweep Account

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kent A. Jordan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544